HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LAZARO SANCHEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00136 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| vs. | ORDER THEREON |
| LAZARO SANCHEZ-LOPEZ, | Date:   May 4, 2015<br>Time:  1:00 p.m. |
| Defendant. | Judge: Sheila K. Oberto |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, MICHAEL S. FRYE, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for defendant, LAZARO SANCHEZ-LOPEZ, that the status conference hearing currently set for April 20, 2015, **may be continued to May 4, 2015**.

The requested continuance is necessary to accommodate the Court's calendar/schedule.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 10, 2015    By */s/ Michael S. Frye*
MICHAEL S. FRYE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: April 10, 2015    By */s/ Janet Bateman*
JANET BATEMAN
Assistant Federal Defender
Attorneys for Defendant
Toribio Cruz Galvan

# O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

Dated:   **April 10, 2015**              **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE