BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000
(559) 497-4099 FAX

Attorney for Plaintiff
United States of America

**FILED**

JUN 01 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LAZARO SANCHEZ-LOPEZ,<br><br>　　　　　　　Defendant. | CASE NO.  1:14-cr-00136-LJO-SKO<br><br>WAIVER OF INDICTMENT |

I, Lazaro Sanchez-Lopez, acknowledge that I am accused of violations of 21 U.S.C. § 841(a)(1), Manufacturing Marijuana, and 18 U.S.C. § 1361, Depredation of Public Lands and Resources, and that I have been advised of the nature of the charges, the proposed Superseding Information, of my rights, and herby in open court waive prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: ~~February~~ June 1, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Lazaro Sanchez Lopez_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Lazaro Sanchez-Lopez

　　　　　　　　　　　　_/s/_
　　　　　　　　　　U.S. Dist Judge

1